UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE GLASS, JR.,

    Petitioner,

Case No. 5:01-CV-121

HON. RICHARD ALAN ENSLEN

v.

THE PEOPLE OF THE STATE OF
  MICHIGAN,
JENNIFER GRANHOLM,
  ATTORNEY GENERAL,

    Respondents.

**ORDER**

Petitioner Willie Glass, Jr., has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 to enjoin on-going criminal proceedings in the State of Michigan. Petitioner alleges that he was indicted by a grand jury that violated his Fourteenth Amendment Equal Protection Clause rights and his Sixth Amendment rights. Petitioner further alleges that he has exhausted this issue in Michigan courts.

Petitioner has also requested emergency relief in a Motion for Immediate Consideration because his trial in this matter is scheduled to begin in Eaton County Circuit Court on October 22, 2001. Because of the impending date of the State's criminal trial of Petitioner and because of the nature of the relief that Petitioner requests from this Court, it is important that the Court hear from Respondents on Petitioner's emergency Motion.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner shall serve his Petition and his Motion for Immediate Consideration on Respondents People of the State of Michigan and

Jennifer Granholm, Attorney General by 5 p.m., Wednesday, October 10, 2001.

IT IS FURTHER ORDERED that Petitioner file Proofs of Service with the Court to indicate that Respondents have been served.

IT IS FURTHER ORDERED that Respondents respond to Petitioner's Motion for Immediate Consideration by 5 p.m., Wednesday, October 17, 2001 due to the time-sensitive nature of Petitioner's Motion.

DATED in Kalamazoo, MI: 10-9-01

RICHARD ALAN ENSLEN
United States District Judge